United States District Court
Boston, Massachusetts
District of Massachusetts
July 10, 2043

FILED
IN CLERK'S OFFICE
2024 JUL 15 PM 1:22
U.S. DISTRICT COURT
DISTRICT OF MASS.

George Kersey )
Plaintiff )
)
v. ) Civil No. 24-11081-JCB
)
My Job Mobile ) Jury Trial Requested
Defendant )

### Response to Order for Reassignment

The Magistrate has recommended dismissal of the Case because Federal Claim has not been identified and the Diversity Claim does not satisfy the needed amount.

The Federal Claim is that the amount that the Defendant owes to Plaintiff was on the Internet regulated by the Federal Communications Commission.

The Diversity Claim satisfies the needed amount by claiming Punitive Damages of $1,000,000 for failure to remit to Plaintiff the amount owed plus damages.

Plaintiff has standing because of his injury by not receiving the amount owed.

Respectfully,
George Kersey, Pro Se
George Kersey
684 Newton Street
Chestnut Hill, MA. 02467
(518) 966-9690